UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 25 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN S. BIRKE, an individual,<br><br>           Plaintiff - Appellant,<br><br> v.<br><br>THE 538 INDIVIDUAL MEMBERS OF THE ELECTORAL COLLEGE,<br><br>           Defendant - Appellee. | No. 16-56754<br><br>D.C. No. 2:16-cv-08432-R-E<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

The motion filed by the appellant John S. Birke on January 23, 2017 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7